UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| H.B. FULLER COMPANY, | |
| Plaintiff/Counter-Defendant, | Case No. 0:22-cv-00886-ECT-TNL |
| | Hon. Eric C. Tostrud |
| v. | Mag. Tony N. Leung |
| INTEVA PRODUCTS, LLC, | |
| Defendant/Counter-Plaintiff. | |

**DEFENDANT/COUNTER-PLAINTIFF INTEVA PRODUCTS, LLC'S MOTION TO COMPEL RESPONSES TO INTEVA'S DISCOVERY REQUESTS**

Defendant/Counter-Plaintiff Inteva Products, LLC ("Inteva") moves under Fed. R. Civ. P. 37(a) to compel responses to its Second Set of Interrogatories and Requests for Production of Documents from Plaintiff/Counter-Defendant H.B. Fuller Company ("Fuller"). This Motion is based upon all the files, records, and proceedings herein, including memoranda of law to be filed in support of the Motion, supporting affidavits and exhibits, arguments of counsel, and the pleadings and proceedings in this matter.

WHEREFORE, for the reasons stated more fully in the accompanying brief, Inteva. respectfully requests that this Court grant its motion and enter an order compelling Fuller to serve documents and appropriate responses to Inteva's Second Set of Interrogatories and Requests for Production of Documents.

Respectfully submitted,

**BODMAN PLC**

By: /s/*Jane Derse Quasarano*
    Jeffrey G. Raphelson (Pro hac vice)
    Jane D. Quasarano (Pro hac vice)
    Jeffrey R. May (Pro hac vice)
    6th Floor at Ford Field
    1901 St. Antoine Street
    Detroit, Michigan 48226
    (313) 393-7559
    JRaphelson@bodmanlaw.com
    JQuasarano@bodmanlaw.com
    JMay@bodmanlaw.com

**FOX ROTHSCHILD, LLP**
Randall J. Pattee (Lawyer ID: 184962)
Archana Nath (Lawyer ID: 387662)
222 S. Ninth Street, Ste. 2000
Two22 Building
Minneapolis, MN 55402-3338
(612) 607-7446
rpattee@foxrothschild.com
anath@foxrothschild.com

**Attorneys for Defendant**

Dated:   February 1, 2024.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| H.B. FULLER COMPANY,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>INTEVA PRODUCTS, LLC,<br><br>    Defendant/Counter-Plaintiff. | Case No. 0:22-cv-00886-ECT-TNL<br><br>Hon. Eric C. Tostrud<br><br>Mag. Tony N. Leung |

_____

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2024 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

                                          /s/*Jane Derse Quasarano*
                                          Jane Derse Quasarano *(Pro hac vice)*
                                          6th Floor at Ford Field
                                          1901 St. Antoine Street
                                          Detroit, Michigan 48226
                                          (313) 259-7777
                                          jquasarano@bodmanlaw.com
                                          Attorneys for Defendant

4857-8337-8825_1